JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE LIZARRARAS-CHACON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN B. BIRKHOLZ,<br><br>Respondent. | No. CV 23-01865-MEMF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for failure to exhaust administrative remedies.

Date: March 25, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge